UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JONNISIA T. MCKOY, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:19-CV-223-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2021, it is ordered that defendant pay to plaintiff $5,950.00 in attorney's fees, plus $33.00 in expenses in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on January 29, 2021, and Copies To:**
Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

January 29, 2021                PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk