IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-00223-FL

| | |
|---|---|
| JONNISIA T. McKOY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | DEFENDANT'S ORDER TO MOTION <br> FOR 42 U.S.C. § 406(b) FEES |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $11,467.50. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff's counsel will reimburse Plaintiff the amount in fees she previously received under the Equal Access Justice Act, 28 U.S.C. § 2412 in the amount of $5,950.00.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,467.50.

This 21st day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge